LANE et al., Respondents, v. EQUITABLE LIFE ASSUR. SOC. OF THE UNITED STATES et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Lillie Lane and others against the Equitable Life Assurance Society of the United States and W. Morton Garden, individually and as executor, etc., of George W. Kidd, deceased.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendants to answer within 20 days, upon payment of costs.

HOOKER, J., not voting.

---

In re LANSING'S ESTATE. (Supreme Court, Appellate Division, First Department. March 17, 1905.) In the matter of Janet S. Lansing, deceased. E. B. Whitney, for appellant. S. M. Judd, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

LAPIDES, Appellant, v. CITY OF ROCHESTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Hyman Lapides against the city of Rochester. No opinion. Appeal dismissed, without costs, on stipulation.

---

LATTIMER, Appellant, v. McKINNON et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Olive C. Lattimer against Frank H. McKinnon, Walter R. Burrows, and Joseph H. Clark, as trustee in bankruptcy of Frank H. McKinnon and Walter R. Burrows.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOUGHTON, J., dissents.

---

LAUTZ et al. v. WILLIAMS et al. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by Amelia E. Lautz and another against Frank F. Williams and others. No opinion. Judgment and order affirmed, with costs.

---

L. D. GARRETT CO., Respondent, v. CLARKE, Appellant. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Appeal from Special Term, New York County. Action by the L. D. Garrett Company against William A. Clarke. From a judgment for plaintiff (87 N. Y. Supp. 579), defendant appeals. Reversed. Alfred B. Cruikshank, for appellant. Edgar J. Nathan, for respondent.

INGRAHAM, J. The same question is presented in this case as in the action of the same plaintiff against Daniel S. Appleton (decided herewith) 92 N. Y. Supp. 136, except that in this case the defendant was absent from New York during the entire period of the negotiations which resulted in the offer made by the plaintiff to purchase the defendant's stock, and had no knowledge of it. He was not a director of the company, and had nothing to do with its management or affairs. There is an entire lack of evidence to justify any finding of fraud or misrepresentation, and the judgment should be reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

---

LE BOEUF et al., Appellants, v. GILLETT, Respondent, et al.. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Evariste Le Boeuf and another against George G. Gillett, impleaded with others. No opinion. Judgment unanimously affirmed, with costs, on opinion at Trial Term. 87 N. Y. Supp. 597.

---

LESSTER, Appellant, v. COLUMBIA STORAGE WAREHOUSE CO., Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by William C. Lesster against the Columbia Storage Warehouse Company. E. S. Clinch, for appellant. C. D. Weaver, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

LEVI et al., Respondents, v. McCALDIN, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Bernard Levi and others against James McCaldin. L. S. Gove, for appellant. L. Moschowitz, for respondents. No opinion. Judgment and order affirmed, with costs.

---

LEVY v. AVERY et al. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Richard J. Levy against Ledyard Avery and others. No opinion. Motion denied, with $10 costs.

---

LISH v. STRAUSS. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Rose Lish against Benjamin H. Strauss. No opinion. Motion denied.

---

LOUGHLIN, Respondent, v. BRASSIL, Appellant. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) Action by Thomas Francis Loughlin, Jr., by his guardian ad litem, against Daniel S. Brassil. No opinion. Judgment and order unanimously affirmed, with costs.

---

LOUGHLIN, Respondent, v. BRASSIL, Appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1905.) Action by Thomas F. Loughlin, an infant, etc., against Daniel S. Brassil. No opinion. Motion denied.

---

LOWE, Appellant, v. CROCKER, Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Thaddeus C. S. Lowe against George Crocker. V. P. Donihee, for appellant. E. D. Hawkins, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

McAVOY, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Thomas F. McAvoy against the Press Publishing Company. J. W. Gerard, for appellant. J. V. McAvoy, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.